G. Thomas Martin, III (SBN 218456)
Tom@mblawapc.com
Nicholas J. Bontrager (SBN 252114)
Nick@mblawapc.com
**MARTIN & BONTRAGER, APC**
6464 W. Sunset Boulevard, Suite 960
Los Angeles, California 90028
(323) 940-1700 Telephone • (323) 238-8095 Facsimile

**LAW OFFICES OF RYAN LEE, PLLC**
Ryan S. Lee (SBN 235879)
7150 E. Camelback Rd., Ste. 444
Scottsdale, AZ 85251
T: (323) 520-9500
F: (323) 520-9502
Ryan@ryanleepllc.com

Attorneys for Plaintiff, CHRISTINA KARNSOUVONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA KARNSOUVONG, individually and on behalf of all other similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>CCRSCA dba CCRS,<br><br>            Defendant. | Case No.: 4:16-cv-03115-DMR<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES Plaintiff, CHRISTINA KARNSOUVONG ("Plaintiff"), by and through the undersigned counsel, to inform this Honorable Court that the parties in the above-captioned case have reached a settlement on an individual (i.e., not class-wide) basis. The parties are diligently working on the settlement documentation and the parties anticipate filing a stipulation of dismissal of this action with prejudice as to Plaintiff's individual claims, and the putative class claims without prejudice, within sixty (60) days. The parties requests that the Court vacate all pending hearings and deadlines in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal.

Dated: April 25, 2017,   **MARTIN & BONTRAGER, APC**

/s/ Nicholas J. Bontrager

Nicholas J. Bontrager

*Attorneys for Plaintiff*

# PROOF OF SERVICE

On this 25th day of April, 2017, I filed electronically, **NOTICE OF SETTLEMENT**, with:

Via United States District Court CM/ECF system

This 25th day of April, 2017

<u>/s/ Nicholas J. Bontrager</u>
Nicholas J. Bontrager