G. Thomas Martin, III (SBN 218456)
Tom@mblawapc.com
Nicholas J. Bontrager (SBN 252114)
Nick@mblawapc.com
**MARTIN & BONTRAGER, APC**
6464 W. Sunset Boulevard, Suite 960
Los Angeles, California 90028
(323) 940-1700 Telephone • (323) 238-8095 Facsimile

**LAW OFFICES OF RYAN LEE, PLLC**
Ryan S. Lee (SBN 235879)
7150 E. Camelback Rd., Ste. 444
Scottsdale, AZ 85251
T: (323) 520-9500
F: (323) 520-9502
Ryan@ryanleepllc.com

Attorneys for Plaintiff, CHRISTINA KARNSOUVONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA KARNSOUVONG, individually and on behalf of all other similarly situated,<br><br>         Plaintiff,<br><br>     vs.<br><br>CCRSCA dba CCRS,<br><br>         Defendant(s). | Case No.: 4:16-cv-03115-DMR<br><br>**STIPULATION OF DISMISSAL** |

NOW COMES Plaintiff, CHRISTINA KARNSOUVONG ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)*, hereby

- 1 -

STIPULATION OF DISMISSAL

dismisses the instant action.  Plaintiff dismisses her individual claims *with* prejudice and the putative class claims *without* prejudice. Each party to bear their own fees and costs.

Dated: June 28, 2017

RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*

Dated: June 28, 2017

**THE CHANG FIRM**

By: /s/Randy Chang

Randy Chang
*Attorney for Defendant*

- 2 -

STIPULATION OF DISMISSAL

## PROOF OF SERVICE

On this 28th day of June, 2017, I filed electronically, **STIPULATION OF DISMISSAL**, with:

United States District Court CM/ECF system

This 28th day of June, 2017

/s/ G. Thomas Martin, III
G. Thomas Martin, III